UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RUBEN A. LEMUS,

Plaintiff,

v.

FRANK BISIGNANO,

Defendant.

Case No. 5:25-cv-03125-FLA (PDx)

**ORDER APPROVING STIPULATION FOR ATTORNEY FEES [DKT. 20]**

On September 14, 2026, the parties filed a Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d) ("Stipulation"). Dkt. 20.

The court, having considered the Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS as follows:

(1) Fees in the amount of $4,642.63, as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation;

(2) Defendant shall also reimburse Plaintiff $405.00 in costs for the filing fee to commence this action;

(3) Fees shall be made payable to Harvey P. Sackett ("Counsel"), in the event that Plaintiff does not owe a federal debt.

IT IS SO ORDERED.

Dated: September 29, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge